**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**v.**<br><br>**Glen Carwell, et al,**<br><br>**Defendants.** | **Criminal No: 1:25-cr-399 (JMF)** |

# *EX PARTE* SEED BUDGET ORDER

Jessie M. Furman, District Judge

Upon the filing of notice by the United States Attorney's Office for the Southern **District of New York** that a number of the defendants in the above-captioned Indictment have been indicted for one or more capital eligible offenses, for good cause having been shown, and to prevent any delay in retaining those expert and other providers whose participation is necessary to commence preparing the instant case; as to each defendant who is charged with a Capital eligible offense in the above-captioned Indictment:

**IT IS ORDERED THAT:**

1. Prior to submitting a formal Stage I (preauthorization) case budget, the defendant is authorized to retain the following service providers for the hours and at the rates indicated.

**PRESUMPTIVE RATES**

| | | | |
|---|---|---|---|
| A. | Investigator | 100 hours | $110 per hour |
| B. | Paralegal | 200 hours | $75 per hour |
| C. | Mitigation Expert | 100 hours | $150 per hour |

| | | | |
|---|---|---|---|
| D. | Mental Health Expert | 30 hours | $250 - $325 per hour[1] |
| E. | Interpreter | 100 hours | $76 per hour |

2. Local and Learned Counsel are each authorized to expend up to 150 hours at $223 per hour (plus reasonable travel time for Learned Counsel prior to submitting a Stage I (preauthorization) budget.

3. The purpose of this "seed money" is to allow counsel to become familiar with the case and to determine if any additional work needs to be done to prepare the case for the Department of Justice hearing. The "seed money" will allow counsel to gather enough information to arrive at a reasoned budget for the Stage I (preauthorization) budgeting process. The "seed money" is a considerable amount and will be taken into account when preparing the Stage I Budget.

4. Counsel shall provide notice to the district court and the case budgeting attorney, in writing and in advance, of the identity, contact information, qualifications, hourly rate and date of commencement of services of those persons retained under this Seed Budget Order, as well as any other information required by CJA policies concerning authorization of expert or other services. If advance notice is not practicable, or if timely procurement of necessary services cannot await prior authorization, the information shall be provided no later than one week after the commencement of services. All expert or other services retained pursuant to this "seed order" shall comply with the parameters set forth in the Criminal Justice Act.

5. The budget for Stage I of this capital case, arraignment through certification, shall

[1] Presumptive rates for mental health experts vary depending on their field of expertise. See, *Review of Current CJA Billing Policies* (04.25.2024). Counsel shall recommend the presumptive rate applicable to any mental health expert retained by the defense, which will be subject to court approval.

be filed no later than 120 days after this Seed Budget Order, or on any alternative date set by the Court at the next *ex parte* Status Conference, unless the date is extended by agreement of the district court and counsel.

6. The effective date of this seed budget is October 21, 2026. Attorneys and expert or other service providers are authorized to submit **quarterly** interim vouchers. Once a Stage I Budget is approved by the District Court and the Court of Appeals, the attorneys and service providers shall file **quarterly** interim vouchers for services rendered after the period covered by the last quarterly voucher submitted, up to the date of the approval of the Stage I budget. Any remaining "seed money" does not carry over into the Stage I budget.

**IT IS SO ORDERED.**

New York, New York, October , 2026.

Hon. Jessie M. Furman
UNITED STATES DISTRICT JUDGE